UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE A. RIVERA, individually and dba LA TANGA BAR; and RIVERA ENTERPRISE, LLC, an unknown business entity dba LA TANGA BAR, <br><br> Defendants. | Case No. 2:17-cv-01575-MMD-VCF <br><br> ORDER |

This action was filed on June 5, 2017. (ECF No. 1.) The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by December 2, 2017. (ECF No. 5.) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

DATED THIS 11th day of April 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE